UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

AUDIE M. GROGG )
)
v. ) No. 2:13-cv-129
) *Judge Jordan*
JUDGE JERRY BECK, OFFICER STEVE )
HAMMOND, D.A. BARRY STAUBUS, )
LT. RANDY LIGHT, and JUDGE TOOEY )

## JUDGMENT ORDER

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim. 28 U.S.C. § 1915(e)(2). The Court also finds that any appeal taken from this order would not be taken in good faith and would be frivolous. 28 U.S.C. § 1915(a)(3).

**ENTER**:

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT